### In re KEOGH et al.

(Supreme Court, Appellate Division, Second Department. May 12, 1908.)

Appeal from Surrogate's Court, Westchester County.

In the matter of the accounting of Martin J. Keogh and the United States Trust Company of New York, as trustees under the will of David Jones, deceased. From the decree of the Surrogate's Court, there was an appeal. Affirmed.

See 112 App. Div. 414, 98 N. Y. Supp. 433.

Argued before WOODWARD, HOOKER, RICH, MILLER, and GAYNOR, JJ.

Barclay E. V. McCarty, for appellants.

James L. Bishop (Charles M. Cannon and Wilfred N. O'Neil, on the brief), for respondents Haviland and Dannat.

PER CURIAM. Decree of the Surrogate's Court of Westchester county affirmed, with taxable costs to all parties payable out of the estate, on the authority In re Keogh (decided herewith) 110 N. Y. Supp. 868.